IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY RAY JONES, # 131471, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv1026-MEF |
| | ) |
| MICHAEL HALEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On June 12, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 36). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that the plaintiff's claims regarding the enforcement of the court's prior orders are DISMISSED. It is further

ORDERED that the remainder of this claims is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.

Done this the 13th day of July 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE